AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/23/2008 at 10:33 am |
| NAME OF SERVER *(PRINT)* Daniel Ibanez (#331-07 Solano County) | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

DEFENDANT: CITY OF OAKLAND

☑ Served personally upon the defendant. Place where served: BY SERVING: CARMA CARDEN - AUTHORIZED TO ACCEPT SERVICE

    **Oakland City Attorney, City Hall 6th Floor, 1 Frank Ogawa Plaza, Oakland, CA 94612**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $65.00 | $65.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/23/2008
                 Date

*Signature of Server*

414 Pendleton Way, #2, Oakland, CA 94621
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/23/2008 at 10:43 am |
| NAME OF SERVER (PRINT) Daniel Ibanez (#331-07 Solano County) | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DEFENDANT: POLICE SEARGEANT PATRICK GONZELES BY SERVING: OFFICER TORRES #3805 - COURT LIASON - AUTHORIZED TO ACCEPT SERVICE
Oakland Police Department - 455 Seventh Street, Oakland, CA 94607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL $0.00 | SERVICES $65.00 | TOTAL $65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/23/2008
                    Date

*Signature of Server*

414 Pendleton Way, #2, Oakland, CA 94621
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>06/23/2008 at 10:43 am |
| NAME OF SERVER *(PRINT)*<br>Daniel Ibanez (#331-07 Solano County) | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DEFENDANT: CHIEF OF POLICE WAYNE TUCKER
BY SERVING: OFFICER TORRES #3805 - COURT LIASON - AUTHORIZED TO ACCEPT SERVICE
Oakland Police Department - 455 Seventh Street, Oakland, CA 94607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL<br>$0.00 | SERVICES<br>$65.00 | TOTAL<br>$65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/23/2008___    _[signature]_
             Date              *Signature of Server*

414 Pendleton Way, #2, Oakland, CA 94621
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.