MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KING, JR., DECEASED, THROUGH HIS SUCCESSOR IN INTEREST ASHANTE SIMPSON ON BEHALF OF BABY KING; GARY KING, SR., Individually; CATHERINE KING, Individually; and ASHANTE SIMPSON as Next Friend on behalf of BABY KING, Individually, <br><br>　　　　　Plaintiffs, <br>vs. <br><br>CITY OF OAKLAND, a public entity, POLICE SERGEANT PATRICK GONZALES, Individually, CHIEF OF POLICE WAYNE TUCKER, individually and in his official capacity, and DOES 1 through 10, Jointly and Severally, <br><br>　　　　　Defendants. | No: C08-02394 SBA <br><br>Hon. Saundra B. Armstrong <br><br>**STIPULATION ALLOWING PLAINTIFFS TO FILE AND DEFENDANTS TO ANSWER SECOND AMENDED COMPLAINT** |

All parties, by and through their respective counsel, hereby stipulate that Plaintiffs may file a Second Amended Complaint to clarify that only Plaintiff Baby King brings state law wrongful death and survival claims under Cal. Code of Civil Proc. 377. 20 et seq. and

C08-02394: STIPULATION RE: SECOND AMENDED COMPLAINT                                                1

377.60 et seq., and that decedent's parents, Gary King, Sr. and Cathy King, do not bring such state law claims under Cal Code of Civil Proc. 377. 20 et seq. and 377.60 et seq.

Defendants may file and serve a response to the Second Amended Complaint within twenty (20) days after the Second Amended Complaint is filed.

So Stipulated:

Dated: July 15, 2008                    HADDAD & SHERWIN

                                        By: /s/_____
                                            Michael J. Haddad
                                            Attorneys for Plaintiffs


Dated: July 17, 2008                    OAKLAND CITY ATTORNEY'S OFFICE

                                        By:/s/_____
                                            William E. Simmons
                                            Supervising Trial Attorney
                                            Attorneys for all Defendants

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.


Dated: _____                  _____
                                        Hon. Saundra B. Armstrong
                                        UNITED STATES DISTRICT JUDGE