

1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising City Atty., SBN 121266
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-6520,  Fax:  (510) 238-6500
4  26139:457807

5  Attorneys for Defendants,
   CITY OF OAKLAND, et al.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  GARY KING, JR., DECEASED, THROUGH          Case No. C 08-02394 SBA
    HIS SUCCESSOR IN INTEREST ASHANTE
13  SIMPSON ON BEHALF OF BABY KING;            **RULE 26(f) REPORT**
    GARY KING, SR., Individually, CATHERINE
14  KING, Individually, and ASHANTE
    SIMPSON as Next Friend on behalf of
15  BABY KING, Individually,

16                    Plaintiffs,

17          v.

18  CITY OF OAKLAND, a public entity POLICE
    SERGEANT PATRICK GONZALES,
19  Individually, CHIEF OF POLICE WAYNE
    TUCKER, individually and in his official
20  capacity, and DOES 1 through 10, Jointly
    and Severally,
21
                      Defendants.
22

23  / / /

24  / / /

25  / / /

26  / / /

1    Pursuant to the Court's Initial Case Management Scheduling Order, the

2    parties submit the following Rule 26(f) Report:

3    **1.    RULE 26(a) DISCLOSURES**

4    The parties will make initial disclosures by August 28, 2008 and update

5    disclosures as required by the Federal Rules of Civil Procedure.  No other changes to

6    Rule 26(a) are contemplated.

7    **2.    DISCOVERY PLANNED**

8    The parties intend to depose the parties and witnesses to the factual events

9    which form the basis of the complaint.  Plaintiffs also intend to depose police investigators

10   and others involved in the investigation of this incident and possibly other related

11   incidents, as well as OPD supervisors, command staff, and "Persons Most

12   Knowledgeable" concerning policies, procedures, training, and standards of care related to

13   the subject matter herein.  The parties agree that they may exceed ten depositions per

14   side.  These depositions should be completed within the next eight to ten months.

15   As to limitations on discovery, defendants request that Monell discovery be

16   stayed until individual liability is determined.  Plaintiffs object that this request will cause

17   unnecessary delay, will increase costs and fees by requiring certain individuals to be

18   deposed more than once, and will prejudice the Plaintiffs from learning relevant

19   information currently in Defendants' exclusive control and which may be necessary for

20   Plaintiffs' counsel to understand in order to properly conduct fact discovery.

21   **3.    DISCOVERY LIMITATIONS**

22   None other than as set forth above.

23   **4.    OTHER MATTERS**

24   The parties agree to submit a stipulated protective order to cover all matters

25   relevant to the subject matter of this case for which a party may claim a privilege (other

26   than attorney-client privilege), such as police personnel and Internal Affairs information

and medical information.

DATED:  August 25, 2008

       JOHN A. RUSSO, City Attorney
       RANDOLPH W. HALL, Chief Assistant City Attorney
       WILLIAM E. SIMMONS, Supervising Trial Attorney


By:  /S/ William E. Simmons
       Attorneys for Defendants,
       CITY OF OAKLAND, et al.


       MICHAEL J. HADDAD
       HADDAD & SHERWIN


By:  /S/Michael J. Haddad
       Attorneys for Plaintiffs,
       GARY KING, JR., et al.