1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California 94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5
   Attorneys for Plaintiffs
6
7                    **UNITED STATES DISTRICT COURT**
8                    **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| GARY KING, JR., DECEASED, THROUGH HIS SUCCESSOR IN INTEREST ASHANTE SIMPSON ON BEHALF OF BABY KING; GARY KING, SR., Individually; CATHERINE KING, Individually; and ASHANTE SIMPSON as Next Friend on behalf of BABY KING, Individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, a public entity, POLICE SERGEANT PATRICK GONZALES, Individually, CHIEF OF POLICE WAYNE TUCKER, individually and in his official capacity, and DOES 1 through 10, Jointly and Severally, <br><br> Defendants. | No: C08-02394 SBA (MEJ) <br><br> **STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS** |

All parties to this lawsuit, by and through their respective attorneys, stipulate that examination and copying of all x-ray films and photographs of Gary King, Jr., deceased, and all other photographs, documents, and records concerning Gary King, Jr., deceased, in possession or control of the Alameda County Coroner's Bureau, are necessary for

C08-02394 SBA: STIPULATION AND (PROPOSED) ORDER RE: CORONER'S RECORDS                          1

discovery and trial in this case relating to the death of Gary King, Jr.  The parties respectfully request that this Court find good cause to order production of these x-ray films, photographs, and records by the Alameda County Coroner's Bureau for the parties' inspection and copying. The parties have provided notice of this request to the District Attorney's Office of Alameda County pursuant to California Code of Civil Procedure § 129, and the District Attorneys' office has stated no objection to this request.

DATED:  February 16, 2009

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND


By: /s/ William E. Simmons
WILLIAM E. SIMMONS, Supervising Trial Attorney
Attorneys for Defendants,
CITY OF OAKLAND, et al.

DATED:  February 16, 2009

HADDAD & SHERWIN


By: /s/ Michael J. Haddad
MICHAEL J. HADDAD
Attorneys for Plaintiffs,
GARY KING, JR., et al.

# ORDER

THIS COURT hereby finds Good Cause to order the Alameda County Coroner's Bureau to produce all x-ray films, photographs, and other records concerning Gary King, Jr., Deceased, for inspection and copying by the parties in this case.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

DATED: May 4, 2009

_____
Hon. Maria Elena James
UNITED STATES MAGISTRATE JUDGE