1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  HADDAD & SHERWIN
   505 Seventeenth Street
3  Oakland, California  94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510
5
   Attorneys for Plaintiffs
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  GARY KING, JR., DECEASED,          )
    THROUGH HIS SUCCESSOR IN           )   No: C08-02394 SBA
11  INTEREST ASHANTE SIMPSON ON        )
    BEHALF OF BABY KING; GARY          )   Hon. Saundra B. Armstrong
12  KING, SR.,  Individually; CATHERINE )
    KING, Individually; and ASHANTE    )   STIPULATION AND (PROPOSED)
13  SIMPSON as Next Friend on behalf of )   ORDER RE: PATERNITY
    BABY KING, Individually,           )
14                                     )
15              Plaintiffs,            )
    vs.                                )
16                                     )
    CITY OF OAKLAND, a public entity,  )
17  POLICE SERGEANT PATRICK            )
    GONZALES, Individually, CHIEF OF   )
18  POLICE WAYNE TUCKER,               )
    individually and in his official capacity, )
19  and DOES 1 through 10, Jointly and )
    Severally,                         )
20                                     )
21              Defendants.            )
                                       )
22  _____   )
23

24      All parties to this lawsuit, by and through their respective attorneys, stipulate that

25  DNA test results show that Gary King, Jr., deceased, is the biological father of Garie

26  Amerie Simpson-King with a probability of 99.9999999%.  Defendants do not contest that

27  Gary King, Jr. is the biological father of Garie Amerie Simpson-King.

28

1

2     DATED:  July 9, 2009

3                                         OFFICE OF THE CITY ATTORNEY
                                          CITY OF OAKLAND
4

5
                                          By:  /s/ William E. Simmons
6                                             WILLIAM E. SIMMONS, Supervising Trial Attorney
                                              Attorneys for Defendants,
7                                             CITY OF OAKLAND, et al.

8     DATED:  July 9, 2009

9
                                          HADDAD & SHERWIN
10

11
                                          By:  /s/ Michael J. Haddad
12                                            MICHAEL J. HADDAD
                                              Attorneys for Plaintiffs,
13                                            GARY KING, JR., et al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

2

3

4

DATED: **7-27-09**

5

Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28