UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY KING, JR.,                )        No. C08-02394 SBA
                Plaintiff,     )
                               )        ORDER DISMISSING ACTION
    vs.                        )
                               )
CITY OF OAKLAND,               )
                               )
                Defendant.     )
                               )
_____)

        The Court having been notified of the settlement of
this action, and it appearing that no issue remains for the
Court's determination,

        IT IS HEREBY ORDERED THAT this action and all claims
asserted herein are DISMISSED with prejudice.  In the event
that the settlement is not reached, any party may move to
reopen the case and the trial will be rescheduled, provided
that such motion is filed within 90 days of this order.  All
scheduled dates, including the trial and pretrial dates, are
VACATED.

        IT IS SO ORDERED.

DATED: 8/10/09

                        _____
                        SAUNDRA BROWN ARMSTRONG
                        United States District Judge