1
2
3
4
5
6

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| GARY KING, JR., DECEASED, THROUGH HIS SUCCESSOR IN INTEREST ASHANTE SIMPSON ON BEHALF OF BABY KING; GARY KING, SR., Individually; CATHERINE KING, Individually; and ASHANTE SIMPSON as Next Friend on behalf of BABY KING, Individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a public entity, POLICE SERGEANT PATRICK GONZALES, Individually, CHIEF OF POLICE WAYNE TUCKER, individually and in his official capacity, and DOES 1 through 10, Jointly and Severally,<br><br>            Defendants. | No: C08-02394 SBA<br><br>Hon. Saundra B. Armstrong<br><br>**ORDER APPROVING COMPROMISE OF CLAIM OF PLAINTIFF BABY KING** |

22
23
24
25
26
27
28

            In light of the submissions of Plaintiffs and their counsel, the Court finds the settlement as outlined is appropriate and in the best interests of minor plaintiff Garie Amerie Simpson-King, and HEREBY ORDERS AS FOLLOWS:

            1.      The Court approves the Motion, and authorizes settlement in the amount of $1,500,000, present value, for full and final satisfaction of all parties' claims.

2.      For Garie Amerie Simpson-King's attorneys' fees and costs, the Court authorizes the a 25% attorney fee ($187,500) and litigation costs in the amount of $13,234.64, to be made to Plaintiffs' counsel, Haddad & Sherwin.  A check in the amount of $549,265.36 shall be made payable to John Hancock Assignment Company for the structured settlement of Garie Amerie Simpson-King.

3.      The total net recovery to minor Garie Amerie Simpson-King of $549,265.36 will be dedicated to the purchase of an annuity issued by John Hancock Life Insurance Company, and will provide a payment schedule as set forth in **Exhibit B** to the Declaration of Julia Sherwin filed with Plaintiffs' motion to approve the settlement.

4.      Petitioner Ashante Simpson shall open a blocked bank account with Bank of America, for the benefit of Garie Amerie Simpson-King.  In the event Garie Amerie does not attend private school, or in the event that her tuition is less than $10,000 per year, all funds distributed that do not go to her private school tuition before she reaches the age of 18 shall be placed in the blocked account.  The funds in that account shall be distributed to Garie Amerie Simpson-King on her 18th birthday (May 31, 2026), or as soon thereafter as practicable.

5.      The parties and their counsel are hereby authorized and instructed to execute all documents reasonably necessary to effectuate and finalize the terms of the settlement consistent with this Order.

IT IS SO ORDERED.

DATE: 10/7/09

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE