1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  GINA ALTOMARE (State Bar No. 273099)
   GENEVIEVE K. GUERTIN (State Bar No. 262479)
3  HADDAD & SHERWIN
   505 Seventeenth Street
4  Oakland, California  94612
   Telephone: (510) 452-5500
5  Fax: (510) 452-5510

6  Attorneys for Plaintiffs
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | GARY KING, JR., DECEASED,                ) | No: C08-02394 SBA
12 | THROUGH HIS SUCCESSOR IN                 ) |
   | INTEREST ASHANTE SIMPSON ON              ) | Hon. Saundra B. Armstrong
13 | BEHALF OF BABY KING; GARY                ) |
   | KING, SR., Individually; CATHERINE       ) |
14 | KING, Individually; and ASHANTE          ) |
   | SIMPSON as Next Friend on behalf of      ) | **(PROPOSED)** **ORDER GRANTING**
15 | BABY KING, Individually,                 ) | **UNOPPOSED MOTION FOR**
   |                                          ) | **MISCELLANEOUS ADMINISTRATIVE**
16 |                    Plaintiffs,           ) | **RELIEF TO RE-OPEN CASE FOR**
17 | vs.                                      ) | **LIMITED PURPOSE OF MODIFYING**
   |                                          ) | **ORDER APPROVING COMPROMISE**
18 | CITY OF OAKLAND, a public entity,        ) | **OF CLAIM OF PLAINTIFF BABY KING**
   | POLICE SERGEANT PATRICK                  ) | **TO ALLOW PLAINTIFF'S MOTHER**
19 | GONZALES, Individually, CHIEF OF         ) | **AND NEXT FRIEND TO OPEN**
   | POLICE WAYNE TUCKER, individually        ) | **BLOCKED BANK ACCOUNT ON**
20 | and in his official capacity, and DOES 1 ) | **PLAINTIFF'S BEHALF AT ANY FDIC-**
   | through 10, Jointly and Severally,       ) | **INSURED BANK INSTEAD OF BANK**
21 |                                          ) | **OF AMERICA**
   |                    Defendants.           ) |
22 |                                          ) | **(Civil Local Rule 7-11)**
23 |                                          ) |
24 |_____) |

25
26      In light of the submissions of Plaintiffs and their counsel, the Court hereby amends its Order
27 Approving Compromise Claim of Plaintiff Baby King (Docket No. 37) as follows:
28

C08-02394 SBA:  (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE TO MODIFY ORDER       1
APPROVING MINOR'S COMPROMISE

1  The first sentence of paragraph 4 shall be revised to read: "Petitioner Ashante Simpson shall
2  open a blocked bank account with a bank insured by the Federal Deposit Insurance Corporation."
3  The Order shall otherwise remain unchanged.

   IT IS SO ORDERED.

8  DATE: __9/17/2013__                    _____
                                          HON. SAUNDRA B. ARMSTRONG
9                                         UNITED STATES DISTRICT JUDGE

C08-02394 SBA:  (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE TO MODIFY ORDER APPROVING MINOR'S COMPROMISE                            2